____FILED ____RECEIVED
____ENTERED ____SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ________________ DEPUTY

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6503
FAX: (702) 388-6418
Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>MARK KENDALL,<br><br>DEFENDANT. | CRIMINAL INDICTMENT<br><br>2:16-CR-106<br><br>**VIOLATION:**<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm. |

**THE GRAND JURY CHARGES THAT:**

On or about March 22, 2016, in the State and Federal District of Nevada,

**MARK KENDALL,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Battery with Substantial Bodily Harm, in the Eighth Judicial District Court, Clark County, on or about March 18, 2011, in Case No. C267608, did knowingly possess a firearm, to wit: a Remington 12-gauge shotgun bearing serial number RS21159N, said possession being in and affecting interstate commerce and said firearm

having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**DATED:** this 5th day of April, 2016.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

PHILLIP N. SMITH, JR.
Assistant United States Attorney