PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 2:16-cr- 106

USA vs.

Defendant: MARK KENDALL

Address:

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Indictment ☐ Information ☐ Defendant Added ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF NEVADAE — Las Vegas, Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich ☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): PHILLIP N. SMITH, JR.

☐ Interpreter Required Dialect:

Birth Date

☑ Male ☐ Female

☐ Alien (if applicable)

Social Security Number

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Michael Loving ~ ATF

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense — County

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody

☐ Currently in State Custody

☑ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

FILED / ENTERED / RECEIVED / SERVED ON / COUNSEL/PARTIES OF RECORD

APR - 5 2016

CLERK US DISTRICT COURT DISTRICT OF NEVADA

BY: ____ DEPUTY

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18/922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 1 |
| | | | |
| | | | |
| | | | |
| | | | |