X FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD
April 5, 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____________ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE May 22, 2013 TERM 13-2. ) | **MINUTES OF COURT** DATE: April 5, 2016 at 1:01 - 1:03 p.m. |

PRESENT: The Honorable CARL W. HOFFMAN, United States Magistrate Judge

DEPUTY CLERK: Alana Kamaka REPORTER: Bonnie Terry

ASSISTANT UNITED STATES ATTORNEY: Patrick Burns COURTROOM: 3C

PROCEEDINGS:

Roll of the Regular Grand Jury is taken with **21** members present which constitutes a quorum. The foreman/forewoman of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **-0-** sealed indictment.

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| **2:16-cr-57-LRH-VCF** ***(Superseding)*** | **JIHAD ANTHONY ZOGHEIB** ***(Trial: 5/17/16)*** | **LOCAL FEDERAL CUSTODY** |
| **2:16-cr-106** | **MARK KENDALL** | **WARRANT** **WRIT-STATE CUSTODY-CCDC** |

**IT IS ORDERED** that the Arraignment and Plea as to **2:16-cr-57-LRH-VCF (Superseding),** and the Initial Appearance and Arraignment and Plea as to **2:16-cr-106**, will be held on Tuesday, April 12, 2016, at 3:00 p.m., in Courtroom 3A, before Magistrate Judge George Foley, Jr.

LANCE S. WILSON, Clerk
United States District Court

By /s/ Alana Kamaka
Deputy Clerk