RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Mark Kendall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK KENDALL,<br><br>        Defendant. | Case No. 2:16-cr-00106-JCM-PAL-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Mark Kendall, that the Revocation Hearing currently scheduled on July 3, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

      1.    Counsel for defendant needs additional time to investigate the violations and determine whether the parties are able to reach a global resolution, which would obviate the need for a revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 2nd day of July, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: /s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | *By: /s/ Jacob Operskalski*<br>JACOB OPERSKALSKI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MARK KENDALL,<br><br>             Defendant. | Case No. 2:16-cr-00106-JCM-PAL-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 3, 2024 at 10:30 a.m., be vacated and continued to **September 20. 2024, at 10:00 a.m.**

   DATED July 2, 2024.

                                              _____
                                              UNITED STATES DISTRICT JUDGE