RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Mark Kendall

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>MARK KENDALL,<br><br>             Defendant. | Case No. 2:16-cr-00106-JCM-PAL-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Mark Kendall, that the Revocation Hearing currently scheduled on September 20, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy-five (75) days.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant will be out of district on bereavement leave on the date of the hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1     This is the second request for a continuance of the revocation hearing.

2     DATED this 9th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: /s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | *By: /s/ Jacob Operskalski*<br>JACOB OPERSKALSKI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARK KENDALL,<br><br>          Defendant. | Case No. 2:16-cr-00106-JCM-PAL-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 20, 2024 at 10:00 a.m., be vacated and continued to December 11, 2024 at the hour of 10:00 a.m.

DATED September 13, 2024.

_____
UNITED STATES DISTRICT JUDGE

3